(July 28, 1986)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIAN SPEARMAN, Appellant.—Motion to dismiss appeal taken by defendant granted and appeal dismissed upon the ground that the criminal prosecution has abated by reason of her death. *(People v Darden,* 52 NY2d 1015.) Mahoney, P. J, Kane, Weiss, Yesawich, Jr., and Levine, JJ., concur.